**FILED**

September 25, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07MJ00214-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JUAN ENRIQUE RUIZ-CARO, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   JUAN ENRIQUE RUIZ-CARO  , Case No.

2:07MJ00214-KJM , Charge 21USC § 841(a)(1) , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✓    Bail Posted in the Sum of $ _15,000.00_

         ___    Unsecured Appearance Bond

         ___    Appearance Bond with 10% Deposit

         ___    Appearance Bond with Surety

         ___    Corporate Surety Bail Bond

         ✔    (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 25, 2007   at  2:00 pm  .

By   /s/ Gregory G. Hollows

         Gregory G. Hollows
         United States Magistrate Judge

Copy 5 - Court